No. 13-0591 – *Mark H. v. Dolores M.*

**FILED**

**November 14, 2013**
**released at 3:00 p.m.**
**RORY L. PERRY II, CLERK**
**SUPREME COURT OF APPEALS**
**OF WEST VIRGINIA**

Justice Ketchum, concurring in part, and dissenting in part:

I would affirm the order of the circuit court, *in toto*.  The majority incorrectly reversed the part of the circuit court order allowing overnight visitation of the child with his father. However, I agree the father should not be allowed to take the child out of state.